

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00388-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY, APPELLANT

V.

MARIA L. TORRES, APPELLEE

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. DC-2023-CV-0741, Honorable J. Phillip Hays, Presiding

March 30, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, the Texas Department of Public Safety, appeals from the trial court's judgment. We previously abated the appeal to allow the parties to finalize a settlement agreement. Now pending before the Court is Appellant's agreed motion to voluntarily dismiss the appeal, stating that the parties have reached a settlement and have filed an "Agreed Final Judgment" in the trial court. We construe the motion as seeking relief under Rule of Appellate Procedure 42.1(a)(2)(B).

Accordingly, we reinstate the appeal, grant the joint motion, set aside the judgment of the trial court without regard to the merits, and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).  As requested by the parties, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).

Per Curiam